IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03048-MSK-MEH

RASHIDA VAZIRI,
SOHA VAZIRI,
ANAM VAZIRI, and
IRFAN VAZIRI,

    Plaintiffs,
v.

CONTINENTAL AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2011.**

Defendant's Unopposed Motion for Entry of Protective Order [filed February 18, 2011; docket #16] is **granted**. The Confidentiality Agreement and Protective Order is issued and filed contemporaneously with this minute order.